# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0387
_____

FRANKIE MILTON WILSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

August 27, 2025


PER CURIAM.

AFFIRMED. *See Brown v. State*, 300 So. 3d 332, 333 (Fla. 1st DCA 2020) (citing *State v. Smith*, 573 So. 2d 306, 318 (Fla. 1990) ("[R]eputation evidence [of the victim] may be relevant to reflect the defendant's state of mind, but specific act evidence is not relevant."); *King v. State*, 286 So. 3d 850, 856 (Fla. 1st DCA 2019) (citations omitted) ("A trial court should rarely, if ever, grant a motion for judgment of acquittal on the issue of intent because proof of intent usually consists of the surrounding circumstances of the case.").

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.